## 76833. LOVELESS v. PICKERING et al.
(369 SE2d 281)

BEASLEY, Judge.

This is a direct appeal from an award of expenses of litigation pursuant to OCGA § 9-15-14. Appeals from awards of attorney fees or expenses of litigation under this code section require application for appellate review. OCGA § 5-6-35 (a) (10). Inasmuch as appellant has failed to make application to this court and to have the same granted, we are without jurisdiction to entertain the appeal and it must be dismissed. *Walker v. City of Macon*, 166 Ga. App. 228 (303 SE2d 776) (1983).

*Appeal dismissed. Birdsong, C. J., and Banke, P. J., concur.*

DECIDED APRIL 19, 1988 —
REHEARING DENIED MAY 3, 1988 — 

Donald E. Loveless, *pro se.*
*E. Lewis Hansen*, for appellees.